# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| KEVIN COYNE, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 2:16-cv-00536-GZS |
| ) | |
| NANCY A. BERRYHILL, Acting ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 18) filed October 1, 2017, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that:

1. The Commissioner's Decision is **VACATED**, and the case is **REMANDED** for proceedings consistent with the Magistrate Judge's Recommended Decision**.**

                                                   /s/ George Z. Singal
                                                   United States District Judge

Dated this 19th day of October, 2017.